UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Eastern Electrical Corp.</u>

    v.                                Civil No. 05-cv-303-JD

<u>FERD Construction, Inc., et al.</u>

<u>PROCEDURAL ORDER</u>

The court has been notified by the parties that they have agreed to proceed with arbitration.  Therefore, this case is administratively closed subject to being reopened at the request of any party.

    SO ORDERED.

                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

April 20, 2006

cc:   Lucy J. Karl, Esquire
       Robert V. McKenney, Esquire
       Arpiar G. Saunders, Jr., Esquire
       Jonathan M. Shirley, Esquire